# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 17, 2023

**Via ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Jefry Silvestre**
      **23 Cr. 249 (SHS)**

Dear Judge Stein,

We write with the consent of the government to respectfully request a two-week adjournment of the August 1, 2023 sentencing date and all related filing deadlines in the above-captioned matter. The Probation Office has informed the undersigned that the Presentence Investigation Report (PSR) in this matter is not scheduled to be released until July 25, 2023. Because this is an expedited sentencing and the parties will not receive a draft PSR before the version to be released to the parties next week, we respectfully request a two-week adjournment of sentencing so that we can review and respond to the PSR in our sentencing submission.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Camille Fletcher

**The sentencing is adjourned to August 15, 2023, at 2:30 p.m. The defense submission is due by August 1, the government submission is due by August 8.**

Dated: New York, New York
       July 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.