UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-249 (SHS) |
| -v- | : | |
| JEFRY SILVESTRE, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. No. 42].

    IT IS HEREBY ORDERED that the last day for the government to respond to the motion is July 29, 2025.

Dated: New York, New York
        July 8, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.